| HCDistrictclerk.com | CHIMNEY INVESTMENTS, LTD. vs. AMERICAN DRIVELINE CENTERS, INC. | | 6/12/2014 |
|---|---|---|---|
| | Cause: 201427085     CDI: 7     Court: 190 | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 61094467 | Defendant American Driveline Centers Inc's Original Answer | | 06/06/2014 | 2 |
| 60834016 | Affidavit Of Service | | 05/16/2014 | 1 |
| 60834175 | Affidavit Of Service | | 05/16/2014 | 1 |
| 60838284 | Affidavit Of Service | | 05/16/2014 | 1 |
| 60810855 | Civil Process Pick-Up Form | | 05/14/2014 | 1 |
| 60774876 | Plaintiff's Original Petition | | 05/13/2014 | 6 |
| 60774877 | Civil Case Information Sheet | | 05/13/2014 | 1 |
| 60774878 | Civil Process Request | | 05/13/2014 | 1 |
| 60774879 | Civil Process Request | | 05/13/2014 | 1 |



EXHIBIT A