**201427085 - CHIMNEY INVESTMENTS, LTD. vs. AMERICAN DRIVELINE CENTERS, INC. (Court 190)**

Chronological History    Print All (non-financial)

Summary | Appeals | Cost Statements | Transfers | Post Trial Writs | Abstracts | Parties
Court Costs | Judgments/Events | Settings | Services/Notices | Court Registry | Child Support | Images

Print Events

Click column headings to sort. Click again to toggle direction.

| Date | Description | Order Signed Date | Post Jdgm | Pages | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 6/6/2014 | ANSWER ORIGINAL PETITION | | | | | ALBERT, CRAIG A. | AMERICAN DRIVELINE CENTERS, INC. |
| 5/13/2014 | ORIGINAL PETITION | | | | | DOW, SANFORD LAWRENCE | CHIMNEY INVESTMENTS, LTD. |

[WS3]



EXHIBIT B