## NAMES OF PARTIES AND COUNSEL OF RECORD

The following is a complete list of the names and addresses of all parties to this action and their counsel of record:

### PLAINTIFF

1. Plaintiff is Chimney Investments, Ltd.

2. Plaintiff is represented by the following counsel of record:

   Sanford L. Dow
   Dow Golub Remels & Beverly, LLP
   Nine Greenway Plaza, 14th Floor
   Houston, Texas  77046
   Telephone:  (713) 526-3700

### DEFENDANT AMERICAN DRIVELINE CENTERS, INC.

1. Defendant is American Driveline Centers, Inc.

2. Defendant American Driveline Centers, Inc. is represented by the following counsel of record:

   Craig A. Albert
   Jennifer W. Knott
   Cherry Petersen Landry Albert LLP
   8350 N. Central Expressway, Suite 1500
   Dallas, Texas 75206
   Telephone:  (214) 265-7007

   Allison Haver Gabbert
   Godsey-Martin, P.C.
   2550 North Loop West, Suite 102
   Houston, Texas 77092
   Telephone:  (713) 446-8448

### DEFENDANT JEFFREY YOE

1. Defendant is Jeffrey Yoe.

2. No counsel of record has appeared on behalf of Jeffrey Yoe as of the date of this filing.


EXHIBIT D

**DEFENDANT SCOTT AQUINO**

1. Defendant is Scott Aquino.

2. No counsel of record has appeared on behalf of Scott Aquino as of the date of this filing.