IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHIMNEY INVESTMENTS, LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| AMERICAN DRIVELINE CENTERS, INC., JEFFREY YOE, and SCOTT AQUINO | § § § § § | |
| Defendants. | § § | |

## NOTICE OF CONSENT TO REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Jeffrey Yoe and Scott Aquino by and through their attorney, Jason Kraus, Bouman Kraus, P.C., do hereby give consent to the removal of the above-referenced action to federal court.

Dated: June 13, 2014

By: _____
Jason Kraus
Texas Bar No. 24058234
Email: jdk@boumankraus.com
Bouman Kraus, PC
13910 Champion Forest Drive, Suite 110
Houston, Texas 77069
Telephone: (281) 781-8677
Facsimile: (281) 840-5611

**ATTORNEY FOR DEFENDANTS**

EXHIBIT E