IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHIMNEY INVESTMENTS, LTD<br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN DRIVELINE CENTERS, INC.,<br>JEFFREY YOE and SCOTT AQUINO<br><br>　　　　　　　　　　　Defendants | CIVIL ACTION NO. 4:14-cv-01664 |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Amended Motion for Withdraw of Counsel has been served upon the Defendant's counsel via the court's electronic transmission and by certified mail returned receipt requested on the 11th day of August, 2014.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jason Kraus, Attorney in Charge
　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　　JASON D. KRAUS

CMRRR: 7012 3460 0003 2382 8469
AND REGULAR MAIL
Emails: jeff.yoe@cox.net
　　　　　scottaquino60@gmail.com
Jeffrey Yoe
Scott Aquino
American Driveline Centers, Inc.
4140 SW 149th
Oklahoma City, Oklahoma 73170