IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHIMNEY INVESTMENTS, LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14cv-01664 |
| AMERICAN DRIVELINE CENTERS, INC., JEFFREY YOE, and SCOTT AQUINO | § § § § § | |
| Defendants. | § § | |

## DEFENDANT AMERICAN DRIVLINE CENTERS, INC.'S FIRST AMENDED ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Defendant American Driveline Centers, Inc. ("Defendant") files its First Amended Answer to Plaintiff's Original Petition (previously filed in State Court and then removed) showing the Court the following:

### I.
### DISCOVERY CONTROL PLAN

1. The text of Paragraph 1 does not include allegations to be admitted or denied.

### II.
### PARTIES

2. The text of Paragraph 2 does not include allegations to be admitted or denied.

3. Defendant admits the allegations in Paragraph 3.

4. The text of Paragraph 4 does not include allegations to be admitted or denied.

5. The text of Paragraph 5 does not include allegations to be admitted or denied.

## II.
## VENUE AND JURISDICTION

6. Defendant admits the allegations in Paragraph 6.

7. Defendant admits the allegations in Paragraph 7.

## III.
## RULE 47 STATEMENT

8. Despite the fact that Texas Rule of Civil Procedure 47 has no application in this Court, Defendant admits that this is a breach of contract case and that Plaintiff's purported damages are within the jurisdictional limits of the Court. Defendant otherwise denies the allegations in Paragraph 8.

## IV.
## FACTUAL BACKGROUND

9. Defendant admits the allegations in Paragraph 9.

10. Defendant admits the allegations in Paragraph 10.

11. Defendant admits the allegations in Paragraph 11.

12. Defendant admits the allegations in Paragraph 12.

13. Defendant admits that Plaintiff made demand and that Defendant has failed to satisfy that demand. Defendant otherwise denies the allegations in Paragraph 13.

## V.
## SUIT TO ENFORCE THE LEASE AND GUARANTY

14. Defendant admits that Plaintiff has filed this lawsuit seeking the amounts first stated in the demand referenced in Paragraph 13 above. Defendant otherwise denies the allegations in Paragraph 14.

## VI.
## ATTORNEYS' FEES

15. The text of Paragraph 15 does not include allegations to be admitted or denied.

16. The text of Paragraph 16 does not include allegations to be admitted or denied.

## VII.
## CONDITION PRECEDENT

17. Defendant denies the allegations in Paragraph 17.

## VIII.
## REQUEST FOR DISCLOSURE

18. The text of Paragraph 18 does not include allegations to be admitted or denied.

## IX.
## RELIEF REQUESTED

Defendant denies that Plaintiff is entitled to all the relief requested.

## AFFIRMATIVE DEFENSES

1. Plaintiff's claims fail in whole or in part because of its own failure to mitigate damages.

Respectfully submitted,

**CHERRY PETERSEN LANDRY ALBERT LLP**

By: /s/ Craig A. Albert
    Craig A. Albert
    Texas Bar No. 00790076
    Email: calbert@cplalaw.com
    Jennifer W. Knott
    Texas Bar No. 24027420
    Email: jknott@cplalaw.com

8350 North Central Expressway, Suite 1500
Dallas, Texas 75206
(214) 265-7007 Telephone
(214) 265-7008 Facsimile

**GODSEY-MARTIN, P.C.**
Allison Haver Gabbert
2550 North Loop West, Suite 102
Houston, Texas 77092
Telephone: (713) 446-8448

**ATTORNEYS FOR DEFENDANT
AMERICAN DRIVELINE CENTERS, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 15, 2014, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the CM/ECF system of the Court.

                                          /s/ Craig A. Albert
                                          Craig A. Albert